**COBB COUNTY**
**OFFICE OF THE MEDICAL EXAMINER**

150 North Marietta Parkway
Marietta, Georgia 30060-1454
(770) 528-2200 ❖ Fax: (770) 528-2207

**Decedent: Sanchez Lowe**

| | | |
|---|---|---|
| **Case Number: 18C-0524** | **County: Cobb** | **Date of Death: 04/17/2018** |
| **Date of Birth: 08/10/1992 (25)** | **Sex: Male** | **Race: Black** |
| **Procedure: Complete Autopsy** | **Date: 04/18/2018** | **Time: 0855 hours** |
| **Pathologist: Abraham Philip, M.D.** | | **Investigator: Tempie Stoddard** |

A complete autopsy was performed on the above-named decedent as pursuant to the Georgia Death Investigation Act.

### Pathological Diagnoses:

1) Penetrating gunshot wound to the front of the chest
   a. Entrance gunshot wound, front of chest on the left side below the collar bone
   b. Infiltration of blood within the pectoral muscles
   c. Defect to the anterior 1st intercostal space with fracture of the 2nd rib on the left side
   d. Perforating wound to upper lobe of left lung and upper lobe of right lung
   e. Almost complete transection of aorta and trachea
   f. Blood and blood clots in the left and right chest cavities 400 mL, each
   g. Defect to 3rd rib on its posterior aspect and on the right side
   h. Exit defect with retained projectile recovered from the right side of the chest

2) Penetrating gunshot wound to the back of the chest
   a. Entrance gunshot wound on the back of the torso
   b. Defect to the 8th rib posteriorly
   c. Defect to lower lobe of left lung
   d. Volume of blood in chest cavity described above
   e. Retained projectile between skin and ribs at the level of the 6th rib on the right side

3) Penetrating gunshot wound to the back of the torso
   a. Entrance gunshot wound on right side of midline
   b. Wound track through muscle and soft tissues of the back of the torso
   c. Fracture of scapula, right side
   d. Retained projectile located between skin and scapula on the right side

4) Minor cutaneous injuries

---

**CAUSE OF DEATH: Multiple gunshot wounds**

---

**MANNER OF DEATH: Homicide**

---

**How Injury Occurred:  Shot by other- others**

---

The facts stated herein are correct to the best of my knowledge and belief.

_Abraham Philip_                    7/24/2018

Abraham Philip, M.D.            Date
Medical Examiner

## EXTERNAL EXAMINATION:

Received per protocol is the body of a man whose appearance is consistent with the stated age of 25 years.

Length: 70 inches
Weight: 172 pounds
Body Condition: Intact
Rigor: 3+
Temperature: Refrigerated
Livor: Could not be evaluated due to dark complexion
Hair: Dark and curly
Facial Hair: Mustache and beard
Teeth: Natural- upper and lower jaws
Cornea: Clear with Tache noir
Irides: Brown
Conjunctivae / Sclerae: Tache noir otherwise unremarkable

The body is clothed in a previously cut T-shirt, dark shorts, underwear, a pair of socks and shoes. Personal property accompanying the body includes 3 cigarette lighters, 1 car key fob, 2 cellphones, 1 key card, a condom, and $8,230.32 in U.S. currency notes and coins. The clothing and items recovered from the body are retained as evidence and described under evidence collected below. Other items of personal property are released with the remains.

There is a wound seal located on the anterior chest wall on the left side. There is a large adherent blood clot beneath the wound seal. There are no other medical or therapeutic devices affixed to the body.

Identifying characteristics include a tattoo and multiple scars as indicated on the attached body diagram. Medications are not received with the remains.

There are extensive dried blood stains to the front and sides of the face, predominately on the left side with dried blood stains on the anterior chest wall and abdomen, predominantly on the left side of the body and extensively over the left hand with a few blood stains on the right hand.

The head is normally formed. There is blood within the ears, nose and mouth. The eyes, ears, nose, mouth, and lips are otherwise unremarkable. The chest is with normal contours and is additionally described under evidence of trauma. The abdomen is nondistended. The external genitalia are of an adult man. There is no trauma to the external genitalia. The posterior torso is described under evidence of trauma. The anus is without lesion.

The upper extremities are symmetrical. The hands are normally formed, and the fingernails are intact. The lower extremities are symmetrical and appropriately hair bearing. The feet are clean, and the toenails are intact.

ATP 7| 24|2018

## EVIDENCE OF TRAUMA:

There are multiple gunshot wounds and injuries due to blunt trauma to the body. The gunshot wounds are sequentially numbered 1- 3, for descriptive purposes only. No sequence of infliction of injury is implied.

## 1.   PENETRATING GUNSHOT WOUND TO THE FRONT OF THE CHEST

### Entrance:

There is an entrance gunshot wound located on the anterior chest wall, centered at 35cm (14") below the top of the head and 9cm (3 ½") to the left of the anterior midline. The wound is seen as a circular defect measuring up to 1.2cm with a symmetrical circular collar of abrasion surrounding the defect. There is soot deposition surrounding the wound, seen as dark discoloration surrounding the defect which measures 3cm x 1.7cm in aggregate. The soot deposition measures up to 0.4cm along the superior, medial and inferior margins and up to 1.2cm on the lateral margin from 2:00 – 6:00 o'clock positions. There are fine deposits of gunshot residue overlying the skin within the soot deposit. An additional aspect to the entrance gunshot wound is described under additional injuries #1.

### Wound Track:

Deep to the skin, there is extensive infiltration of blood within the pectoral muscles on the left side. There is a defect to the first intercostal space with a fracture of the second rib adjacent to the sternum. There is a 3cm x 3cm laceration of the anterior margin of the upper lobe of the left lung involving the full thickness of the lung. There is extensive surrounding infiltration of blood within the lung parenchyma around the defect. There is a 3cm laceration of the aorta and trachea causing a near complete transection of the two structures. The injury to the aorta is located at a point 4cm above its origin. The trachea is lacerated above its bifurcation and in the same horizontal plane as the aorta. There is a perforating wound to the upper lobe of the right lung, with a defect measuring up to 2cm extending from the medial to the lateral margin of the upper lobe. There is infiltration of blood within the lung parenchyma surrounding the defect. There is a defect to the third rib posteriorly on the right side. There is 400ml, each, of blood with large blood clots within the bilateral chest cavities. There is infiltration of blood into the muscles of the back of the chest.

### Exit wound/ Site of Lodgment:

There is a defect to the back of the torso, on the right side with a retained projectile centered at 31cm (12 ¼") below the top of the head and 15cm (6") to 17cm (6 7/8") to the right of the posterior midline. The wound is seen as an oval defect measuring 2.5cm x 1.5cm with small skin tags on the superior margin. There is a projectile lodged within this wound.

ATT 7/24/2018

**Projectile:**

The projectile is a black metal bullet with a flared copper colored jacket. It is recovered, photographed, sealed in a plastic container labelled as **"Bullet, Right side chest"** and in a plastic envelope, with an identical label, and is retained as evidence.

**Trajectory:**

The trajectory of this wound is from front to back, left to right and slightly upwards.

## 2.      PENETRATING GUNSHOT WOUND TO THE BACK OF THE CHEST:

**Entrance:**

There is an entrance gunshot wound located on the left side of the back of the chest 42cm (16 7/8") below top of head and 4.5cm (1 7/8") to the left of the posterior midline. The wound is seen as a circular defect to the skin, measuring 1.2 cm, with an asymmetrical collar of abrasion on the superior and lateral margins from 7 to 2 o'clock positions. There is soot deposition surrounding the defect, over an area which measures up to 2.5cm (1"). The within the soot, there are fine deposits of gunshot residue.

**Wound Track:**

Deep to the skin, the wound extends through the muscles of the back of torso across the midline. There is a defect to the eighth rib posteriorly near the vertebral column. There is a perforating wound to the lower lobe of the left lung, which is seen as a circular defect measuring up to 2cm in diameter and extensive surrounding infiltration of blood within the lung parenchyma. There is a defect to the lateral aspect sixth rib on the right side. The volume of blood in the left chest is described under gunshot wound #1 above.

**Site of Lodgment:**

There is a projectile lodged within the chest wall on the right side of the chest at the level of the sixth rib.

**Projectile:**

The projectile is a black metal bullet with a copper colored jacket. There is an additional separated fragment of black metal. The two are recovered, photographed, sealed in a plastic container labelled **"Bullet and a fragment Right back"** and a plastic envelope with an identical label and is retained as evidence.

**Trajectory:**

The trajectory of this wound is from back to front, left to right and slightly upwards.

### 3.    PENETRATING GUNSHOT WOUND TO THE BACK OF THE TORSO

**Entrance:**

There is an entrance gunshot wound located to the back of the torso, near the midline and 31cm (12 ¼") below the top of the head and 1.5cm (5/8") to the right of the posterior midline. The defect measures 1.2 cm and is an asymmetrical collar of abrasion which is wider on the medial margin from 8 to 11 o'clock positions. There is an area of soot deposition measuring 3cm x 2.5cm on its medial margin from 7 to 11 o'clock positions and is very thin on the remaining margins. Within the soot there are fine particles of gunshot residue.

**Wound Track:**

Deep to the skin, the wound extends through the muscles of the back of torso on the right side. There is a fracture of the right scapula involving its medial margin and the spine of the scapula. There is infiltration of blood within the muscles surrounding the scapula.

**Site of Lodgment:**

There is a projectile lodged within the muscles of the back of the torso superficial to the scapula on the right side.

**Projectile:**

The projectile is a black metal bullet with a copper colored jacket with a small separate black metal fragment. The two are recovered, photographed, sealed in a plastic container labelled **"Bullet and fragment right scapula"** and in a plastic envelope with an identical label and is retained as evidence.

**Trajectory:**

The trajectory of this wound is from right side outwards without significant front to back or upwards and downwards deviation.

**NOTE:**

The trajectories of these gunshot wounds are stated with reference to standard anatomical planes with the body measured in the horizontal position.

ATP 7/24/2018

The clothing overlying the torso (T-shirt) is with a defect on the anterior aspect. There are few dark particles consistent with gunshot residue adherent to the white T-shirt near the defect. The remainder of the T-shirt is markedly crumpled and with extensive dried blood stains and is sub optimal for evaluating other defect.

**Additional injuries:**

1.  There is a semicircular superficial laceration, measuring 3cm in greatest dimension with its thickness varying between 0.1cm and 0.3cm. This wound is located approximately 2.5cm outer and above the gunshot wound #1 and centered at 2 o'clock position relative to the center of the gunshot wound defect.
2.  There is a 0.5cm abrasion to the front of the face over the left cheek bone.
3.  There is a 1.2cm abrasion on the anterior aspect of the neck approximately in the midline.
4.  There is a 3cm abrasion on the outer aspect of the right upper arm.
5.  There is a 0.8 cm abrasion to the back of the right elbow.
6.  There is a 3cm contusion to the back of the left upper arm.
7.  There is a 2cm x 1.5cm "C" shaped abrasion on the front of the left lower extremity overlying the patella.
8.  There is an interrupted separate abrasion horizontally oriented measuring up to 2cm located on the left leg just below the knee joint.

**NOTE:** The abrasions described above are red-brown in color. The contusion described above is red-blue in color.

**NOTE:  These injuries having been described above are not repeated in this report.**

**INTERNAL EXAMINATION:**

**Body cavities:**

The scalp is reflected by the usual ear-to-ear incision over the top of the head. The chest and the abdominal cavities are opened by the usual "Y" shaped incision. The internal organs are in their normal anatomic locations and with the usual relationships. There is the usual amount of fluid in the pericardial sac and the abdominal cavity. The volume of blood within the bilateral chest cavities is described under evidence of trauma.

**Cardiovascular:**

Heart: 340 grams

The coronary arteries have a normal takeoff and distribution. There is no significant coronary artery disease. The cardiac chambers are not dilated, and the myocardial walls are not hypertrophied. The cardiac valves are unremarkable. On sectioning, the myocardium is firm,

ATP7|24|2018

red-brown, and without evidence of fibrosis or scarring. The injury to the aorta is described under evidence of trauma.

**Respiratory:**

Right Lung:  270 grams
Left Lung:    220 grams

The injuries to the bilateral lungs are described under evidence of trauma.

**Gastrointestinal:**

Stomach Contents: 250mL with softened food particles

The tongue is unremarkable. The esophagus is empty, except for a small amount of blood at the level of the larynx. The gastric mucosa is unremarkable. Examination of the intestines periodically along their length reveal no unusual lesions. The vermiform appendix is present.

**Hepatobiliary:**

Liver:  1320 grams
Bile:    20 mL

The liver capsule is intact, and sectioning reveals a homogenous red-brown parenchyma with no focal abnormalities. The gallbladder contains green-yellow bile and no gallstones. The pancreas has normal size, shape and is at its normal location. Sectioning reveals no abnormalities.

**Reticuloendothelial:**

Spleen:   100 grams

The spleen has a normal size, shape, and location. Sectioning reveals no abnormalities. There is no significantly enlarged lymphadenopathy.

**Urinary:**

Right Kidney:  110 grams
Left Kidney:    120 grams
Urine:           50 mL

The subcapsular surfaces of the kidneys are unremarkable. The kidneys are similar in appearance with normal renal architecture on sectioning. The bladder mucosa is congested, but otherwise unremarkable.

ATP 7/24/2018

**Reproductive:**

There is normal internal male reproductive anatomy with an unremarkable prostate and testes on sectioning.

**Endocrine:**

The thyroid gland and adrenal glands are unremarkable on sectioning.

**Neurological:**

Brain: 1380 grams

The scalp and skull are unremarkable. The brain has a normal gyral pattern with thin delicate leptomeninges. The vessels at the base of the brain show no abnormalities. On sectioning the cerebrum, cerebellum, and brainstem are without contusions, hemorrhage, or tumor.

**Musculoskeletal:**

The anterior neck structures are intact. The extremities are palpated and manipulated. There are no fractures of the long bones. The injuries of the rib cage and the scapula are described under evidence of trauma. There are no other muscular or skeletal abnormalities.


**PROCEDURES:**

**Photographs:**

Photographs are obtained and retained as per protocol.

**Toxicology (GBI):**

Right Chest Blood:

Ethanol: 0.021 grams per 100 mL
THC (delta-9-tetrahydrocannabinol): 20 ng/mL
11-OH-THC (11-hydroxy-delta-9-tetrahydrocannabinol): 4.3 ng/mL
THC-COOH (11-nor-delta-9-tetrahydrocannabinol-9-carboxylic acid): 42 ng/mL
Hydrocodone: 33 micrograms/liter
Barbiturates: Negative
Certain benzodiazepines: Negative
Cocaine/cocaine metabolites: Negative
Certain other basic drugs (methadone & fluoxetine): Negative

The tests are positive for alcohol, hydrocodone and marijuana with its metabolites.

ATM 7/24/2018

**Radiographs:**

X-rays of the torso and upper extremities are obtained and retained.

**Evidence collected:**

A DNA archival matrix card, scalp hair, fingerprints, the clothing and the 3 bullets and 2 fragments recovered are released to Agent Agie George of the Georgia Bureau of Investigations, Region 10, on 4/19/2018.

**Identification:**

The decedent was positively identified at the scene by rapid fingerprint identification technology utilized by the Cobb County Police Department.

**Special Dissections:**

Incisions are placed on the skin over the forearms near the wrists and on the legs near the ankles for identification of hemorrhage due to restraint devices.  No hemorrhage is seen in these locations.


## SUMMARY AND INTERPRETATION:

Mr. Sanchez Lowe, a 25-year-old man, was noncompliant with police requests for an investigation of his hotel room.  He instead opted to flee the scene in a motor vehicle.  After the initial attempts to restrain him failed he was shot at by the responding police officers.

There was no significant past medical history available.

The autopsy findings include 3 gunshot wounds to the torso.  Two of the gunshot wounds were fatal wounds.  The third wound was a relatively superficial injury.

The toxicological analyses reveal the presence of alcohol 0.021 grams%, hydrocodone and marijuana with 2 of its metabolites.

Based on the investigation and the autopsy examination, it is my opinion that the cause of death in this case is multiple gunshot wounds.  The manner of death is homicide.

ATP 7/24/2018

## COBB COUNTY OFFICE OF THE CHIEF MEDICAL EXAMINER



**Examined By:** _ATP 4/18/2018_

**18C-0524**

SANCHEZ LOWE
DR. PHILIP / INV. STODDARD
WEDNESDAY, APRIL 18. 2018

## COBB COUNTY OFFICE OF THE CHIEF MEDICAL EXAMINER



**18C-0524**
SANCHEZ LOWE
DR. PHILIP / INV. STODDARD
Exam WEDNESDAY, APRIL 18, 2018

**18C-0524**
SANCHEZ LOWE
DR. PHILIP / INV. STODDARD
WEDNESDAY, APRIL 18, 2018

**18C-0524**
SANCHEZ LOWE
DR. PHILIP / INV. STODDARD
WEDNESDAY, APRIL 18, 2018

COBB COUNTY OFFICE OF THE CHIEF MEDICAL EXA



Examined By: ___A.T. 04/18/2018___

**18C-0524**
SANCHEZ LOWE
DR. PHILIP / INV. STODDARD
WEDNESDAY, APRIL 18, 2018